IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 MAR 11 PM 2:33

LAURA STICH and TED RITTER,
        Plaintiffs,

-vs-                                          Case No. A-17-CA-296-SS

ASSURED ENTERPRISES, INC. and STEPHEN
M. SOBLE,
        Defendants.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#39] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Stipulation of Dismissal [#39] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice;

    IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

    IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 11th day of March 2019.

                                                /s/ Sam Sparks
                                                UNITED STATES DISTRICT JUDGE